**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE EDWARD CAMPBELL,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>S. MENDOZA, WARDEN,<br><br>　　　　　　Respondent. | CASE NO. CV 06-04064 SJO (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: July 25, 2009

　　　　　　　　　　　　　　　　　　　　　　　　*S. James Otero*
　　　　　　　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE