**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE EDWARD CAMPBELL, ) | CASE NO. CV 06-04064 SJO (RZ) |
| Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| S. MENDOZA, WARDEN, ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of MAURICE EDWARD CAMPBELL, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: July 25, 2009

*S. James Otero*
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE